[No. 11149-7-II.   Division Two.   August 22, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. BRIAN ERIC STARK, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 86-1-00184-5, David R. Draper, J., entered June 26, 1987. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.

[No. 11654-5-II.   Division Two.   August 22, 1989.]

ROCKY MOUNTAIN FIRE AND CASUALTY COMPANY, *Appellant,* v. HAZEL DELL BUSINESS ASSOCIATION, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 86-2-02871-8, Robert L. Harris, J., entered December 18, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 11598-1-II.   Division Two.   August 22, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH TURPIN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87-1-00746-4, Robert L. Harris, J., entered November 25, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich, J., Reed, J., concurring specially.